# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

GERALD PRITCHETT,

    Plaintiff,

v.                                       CASE NO. 5:12-cv-00356-MP-GRJ

UNITED STATES,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 4, Objection to Magistrate Judge's Order Reclassifying Motion to File Suit Pursuant to Federal Tort Claims Act. In the order, the Magistrate Judge required the plaintiff to re-file his suit using the standard forms of the Northern District of Florida. Plaintiff complains that the Magistrate Judge is forcing him to reclassify his suit by doing so. Plaintiff is incorrect. Although plaintiff will be required to refile his complaint on the proper form, that will not convert his FTCA claim into something else. It will continue to be considered under the FTCA. The objection is therefore overruled.

    **DONE AND ORDERED** this _18th_ day of April, 2013

                                                *s/Maurice M. Paul*
                                             Maurice M. Paul, Senior District Judge