IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GERALD PRITCHETT,

    Plaintiff,

v.                                             CASE NO. 5:12-cv-356-MP-GRJ

UNITED STATES,

    Defendant.

_____/

## **REPORT AND RECOMMENDATION**

        This matter is before the Court on Plaintiff's *pro se* Complaint (Doc. 1). The Court directed Plaintiff to refile his Complaint on the proper court form, and to either pay the filing fee or file a motion for leave to proceed as a pauper, on or before May 22, 2013, and warned Plaintiff that failure to comply would result in a recommendation that this case should be dismissed. (Doc. 6.) On May 28, 2013, the Court entered an Order to Show Cause, directing Plaintiff to show cause why the case should not be dismissed for failure to comply with an order of the Court and failure to prosecute. (Doc. 7.) The deadline to respond to the Order to Show Cause was June 17, 2013. As of the date of this Order, Plaintiff has not filed a properly amended Complaint, and has neither paid the fee or filed a motion to proceed as a pauper, and has filed no documents whatsoever in this case since November 20, 2012.

        Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for

failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 24th day of June 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**