# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

GERALD PRITCHETT,

    Plaintiff,

v.        CASE NO. 5:12-cv-00356-MP-GRJ

UNITED STATES,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 24, 2013. (Doc. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Upon consideration, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This matter is dismissed for failure to prosecute.

**DONE AND ORDERED** this _27th_ day of September, 2013

                *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge